UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA

v.

HYTERA COMMUNICATIONS
CORPORATION, LTD., et al.

No. 20 CR 688

Judge John J. Tharp, Jr.

**UNDER SEAL**

### ORDER

The United States of America, by JOHN C. KOCORAS, Attorney for the United States, acting under authority conferred by 28 U.S.C. § 515, has moved this Court for an Order for the unsealing of the docket in this matter, and a redacted version of the previously filed complaint (Dkt. 1), which was attached as Exhibit 1, and the indictment (Dkt. 12).

The government's motion is GRANTED and will be filed on the docket.

IT IS ORDERED that the matter, and the indictment are unsealed as of the date this order is entered.

IT IS FURTHER ORDERED that Exhibit 1, the redacted complaint, be filed on the docket.

IT IS FURTHER ORDERED that the unredacted complaint (Dkt. 1), remain under seal.

ENTER: 4/21/2022

John J. Tharp. Jr.
United States District Judge