# Exhibit E

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 1:20-CR-00688 |
| Plaintiff, | ) |
| vs. | ) Honorable John J. Tharp, Jr. |
| HYTERA COMMUNICATIONS CORPORATION LTD., et al. | ) |
| Defendants. | ) |

**<u>DECLARATION OF LAURA VARTAIN HORN IN SUPPORT OF MOTOROLA'S
VICTIM STATEMENT</u>**

I, Laura Vartain Horn, hereby declare:

1. I am an attorney licensed to practice law in the State of California and am a partner with the law firm of Kirkland & Ellis LLP, located at 555 California Street, San Francisco, CA, 94104, counsel for nonparty victim Motorola Solutions, Inc.

2. I represent Motorola Solutions, Inc. ("MSI") in connection with both the criminal and civil trade secret ("TS") (Case No. 17-cv-1973) cases, have knowledge of the facts set forth therein, and if called to testify as a witness thereto, could do so competently under oath.

**I. THE CIVIL JUDGMENT AND HYTERA'S PAYMENTS ON THE CIVIL JUDGMENT**

3. Currently, the total amount of the civil judgment equals approximately $490.4 million. This amount includes $135.8 million in trade secret compensatory damages (TS Dkt. 1100 at 24), $271.7 million in punitive damages for trade secret misappropriation (TS Dkt. 1803-

1

1 ¶ 9), $2.7 million in costs (TS Dkt. 1224 at 33), $15.7 million in trade secret prejudgment interest (TS Dkts. 1225 at 2, 803-1 ¶ 9), $34.2 million in attorneys' fees (TS Dkt. 1250 at 13), and $30.3 million in post-judgment interest (TS Dkt. 1803-1 ¶ 9).

4.      On February 25, 2022, Motorola collected $█████████ in "███████████████████████████████████████████████" TS Dkt. 1916 ¶ 4.

5.      On December 22, 2022, Motorola collected $████████ in "████████████████████████████████████████" Id. ¶ 5.

6.      On April 8, 2024, Motorola collected $████████ in "████████████████████████████████████████" Id. ¶ 6.

7.      On March 4, 2025, after Motorola filed its Renewed Motion for Turnover (TS Dkt. 1803), Hytera made its first payment of, according to Hytera, █████████████ to Motorola in the total amount of $████████, which reflected Hytera's "████████████." Id., ¶ 27, SR-6 at 3. On the same day, Hytera paid $████████ in taxes "on behalf" of Motorola to Chinese authorities. Id., SR-7. ████████████████████████████████████ ████████████████████ Id., SR-6 at 2–3.

8.      On April 25, 2025, Hytera made two payments to Motorola. The first payment totaled $████████ and, according to Hytera, reflected "███████████████████████ ███." Id., SR-10 at 1. The second payment totaled $████████ and, according to Hytera, reflected "████████████████████████████████████" Id., SR-10 at 1–2. On the same day, Hytera paid $████████ in taxes "on behalf" of Motorola to Chinese authorities ($████████ in taxes in relation to the first payment, and $████████ in relation to the second payment). Id., ¶ 27, SR-14.

2

9. On July 25, 2025, Hytera made two payments to Motorola in the amount of $███████, which, according to Hytera, reflected "████████████████████████████ ████" *Id*., SR-15 at 1. On the same day, Hytera paid $████████ in taxes "on behalf" of Motorola to Chinese authorities. *Id*., ¶ 27, SR-16.

10. In July 2025, Motorola learned of the sale of Hytera's subsidiary, Teltronic, S.A.U ("Teltronic"), to Nazca Capital for $88.03 million from press releases. TS Dkt. 1869-2 at 5. As a result, Motorola immediately filed a Motion to Hold Hytera in Contempt for Violating the Court's Citation Transfer Restrictions and for Immediate Escrow of Funds. TS Dkt. 1869. Judge Pacold granted Motorola's requested interim relief and ordered Hytera to "place an amount equal to the full Teltronic, S.A.U. sale proceeds in Hytera's possession, custody, or control, in immediately available funds, and in an amount no less than $69 million in United States dollars." TS Dkt. 1878 at 1–2. Hytera made a partial payment directly to Motorola, upon Motorola's consent (*see infra* ¶ 11), and Judge Pacold modified the Temporary Restraining Order to order Hytera to transfer the remaining amount of $37 million dollars into an escrow. TS Dkt. 1889 at 2.

11. On August 5, 2025, Hytera made two payments to Motorola in the amount of $████████ reflecting partial proceeds from the sale of Teltronic Hytera made in violation of the orders prohibiting Hytera from transferring Hytera's property. TS Dkt. 1916 ¶¶ 20–21; SR-17–18; TS Dkt. 1883 at 2. On the same day, Hytera paid $████████ in taxes "on behalf" of Motorola to Chinese authorities. TS Dkt. 1916, ¶ 22, SR-19.

12. On August 22, 2025, the $████████ reflecting partial proceeds from the sale of Teltronic was released from escrow to Motorola and applied as payment on the judgment. *See* TS Dkt. 1916, ¶ 26, SR-23; TS Dkt. 1878 at 1. On August 29, 2025, Hytera paid $██████ in taxes on behalf of Motorola to Chinese authorities. TS Dkt. 1916 ¶¶ 26–27; SR-22.

13. On November 3, 2025, Hytera made a payment to Motorola in the amount of $███████. Hytera stated that the payment reflects "████████████████████████ ██████" Ex. 1 at 2. On November 4, 2025, Hytera paid $████████ in taxes "on behalf" of Motorola to Chinese authorities. *Id*. at 1.

14. In sum, and inclusive of the tax payments (which of course go to the Chinese government and not to Motorola), Hytera made payments in the amount of approximately $████ million under the civil judgment, out of which $███ million was paid from Hytera's operational cash flow, $█ million was paid from the sum refunded from the escrow account in the UK proceedings, $███ million Motorola recovered from the bankruptcy of the US-based defendants, and $██ million Motorola collected through the emergency proceeding related to the sale of Teltronic. *See supra* ¶¶ 4–13.

15. Accordingly, Hytera currently owes Motorola approximately $████ million on the civil judgment, inclusive of outstanding fees, costs and interest. *See supra* ¶¶ 3, 14.

16. In a Status Report filed on August 6, 2025, Hytera for the first time unilaterally characterized its payments as directed to the "compensatory damages portion (exclusive of attorneys' fees and costs) of the DTSA judgment." TS Dkt. 1886 at 1. On September 11, 2025, Scott Richey in his declaration included a statement that all payments were made "███████ ████████████████████████████████████" TS Dkt. 1916 at ¶ 27. Hytera then, in a November 3, 2025, email stated that "████████████████████████████ ████████████████████████████████" Ex. 1 at 2. Motorola has objected to this characterization of payments going first to compensatory damages during the October 2025 contempt hearing and in email correspondence. *See* Ex. 2 (TS 2025-10-14 Hr'g Tr.) at 512:9-21, Ex. 1 at 1.

4

17.     Motorola has spent significant time and resources for its efforts to collect the overdue judgment. For example, Motorola issued Citation to Discover Hytera's Assets (TS Dkt. 1005), engaged in briefing related to Hytera's Motion to Quash the Citation (TS Dkts. 1020, 1021), which was denied at TS Dkt. 1172, filed Motion for Turnover of Hytera's Assets (TS Dkts.1062, 1063), engaged in contempt proceedings related to Hytera's sales of H-Series products, where it filed Motion to Open Contempt Proceedings re H-Series (TS Dkt.1482), which was granted at TS Dkt. 1503, and Motion for Contempt re H-Series (TS Dkt. 1678), which was granted at TS Dkt. 1905. And most recently, Motorola filed Renewed Motion for Turnover (TS Dkt. 1802), Emergency Motion for Contempt re Teltronic (TS Dkt. 1868), and Motion for Contempt re Teltronic (TS Dkt. 1895).

18.     In this case, Motorola asks the Court to order Hytera to pay restitution for Motorola's loss resulting from Hytera's criminal theft of its trade secrets in the amount of $█████████ calculated by Motorola's damages expert, Mr. James Malackowski. Mr. Malackowski's declaration is attached here as exhibit 3. The amount of the restitution includes $1███████ in Motorola's lost profits and $█████████ in prejudgment interest. *Id.* at ¶¶ 7–8, 11. In addition to the restitution for Motorola's loss, Motorola asks the Court to order Hytera to pay restitution for Motorola's expenses required in the investigation and prosecution of this case in the amount of $████████. The calculation of this amount is detailed in Motorola's Victim Impact Submission submitted to the parties and the Probation Officer. Further, Motorola provided the supporting documentation for its fees and costs to the parties and to the Probation Officer upon Hytera's request. In total, Hytera should pay Motorola $█████████ in restitution.

## II.     HYTERA'S ABILITY TO PAY

19.     In 2020, Hytera sold its headquarters office building to ██████████ ████████████████████████. TS Dkt. 1281-1, ¶ 11 ("████████████████████



”).

20. On July 14, 2022, Hytera sold stock of its subsidiary, Sepura, for ███ million euros and using these funds, repaid "█████████████████████████████████████████████████ Dkt. 1352, Ex. A, ¶ 12.

21. In 2022, Hytera offered to ████████ subsidiary's, ██████████████████████ in ██████ to secure Hytera's obligation of paying the royalties. TS Dkt. 1352, Ex. A, ¶ 23 ("█████ ████████████████████████████████████████████████████████████████████████████████████ ██████████████ ").

22. In "Investor Relations Activity Record Sheet of Hytera Communications Co., Ltd." dated August 8 to August 9, 2024, Hytera stated that "the Company achieved an overall revenue of RMB2.74 billion, a year-on-year increase of 21.3% . . . In terms of profit, the Company achieved a net profit of RMB162 million in the first half of the year, a year-on-year increase of 110%, and a net profit excluding non-recurring profit and loss of RMB149 million, a year-on-year increase of 135% . . . Excluding the impact of litigation, operating cash flow was RMB280 million, which was positive for 19 consecutive quarters, with a cumulative net inflow of RMB3.2 billion" Ex. 4 at 1–2.

23. Hytera financial expert—Ms. Hong Qiao—stated in her February 4, 2025 declaration, that in order to pay the royalty payment to Motorola in September 2023 in the amount of $56.3 million, Hytera "███████████████████████████████████████ ████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████ ███████████████████████████████████████████." TS Dkt. 1828 at 37. Ms. Qiao, also stated that "████████████████████████████████████████████████████ ████████████████████████████████" *Id.*

24. Hytera attaches the declaration of Hong Qiao to its Sentencing Memorandum (Dkt. 364, Ex. 6). Ms. Qiao, in her declaration, ██████████████████████████████████ ███████████. Accordingly, I include here the declarations filed in support of Motorola's various recent briefs so that the Court is able to review Mr. Westerman's opinions by Ms. Qiao.

25. On December 10, 2024, Motorola filed its Renewed Motion for Turnover. TS Dkt. 1803. In support of the motion, Motorola filed a declaration of Edward Westerman, Motorola's financial expert. The declaration is attached here as exhibit 5. Mr. Westerman opines that Hytera ████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████ ██████████████████████████.

26. On February 20, 2025, Motorola filed a Reply in Support of Its Renewed Motion for Turnover. TS Dkt. 1846. In support of the reply, Motorola filed a declaration of Edward Westerman attached here as exhibit 6. Mr. Westerman opines that the ████████████████████

███████████████████████████████████████████████████████████

██████████████████████████████████████████.

27.    On September 18, 2025, Motorola filed a Reply Supporting its Motion to Hold Hytera in Contempt for Violating the Court's Citation, which motion concerned the secret sale of Teltronic. TS Dkt. 1925. In support of the reply, Motorola filed a declaration of Edward Westerman attached here as exhibit 7. Mr. Westerman in the declaration opines that Hytera's activities ██████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████.

28.    During the October contempt hearing in the civil case, Motorola's financial expert, Mr. Westerman, testified that as of June 30, 2025, Hytera's consolidated entity had net assets in the amount of $900 million and Hytera's parent entity had net assets of $740 million, and Hytera could monetize these assets to pay the civil judgment. Ex. 2 (TS 2025-10-14 Hr'g Tr.) at 46:19–23 ("So this is as of June 30, 2025, again for the consolidated entity and the parent entity, and you can see that the net assets of the consolidated entity are $900 million, and of the parent, they're $740 million. And some amount of that could be monetized and paid toward the judgment."); *id.* at 43:18–23 ("[F]or the Hytera consolidated entity, which consists of the parent, as well as its numerous subsidiaries, that it has net assets that are substantial that across this time period have been approximately $900 million.").

29.    Mr. Westerman also testified that as of June 30, 2025, Hytera's consolidated entity had $76.6 million and Hytera parent had $12.9 million of unrestricted cash—cash which can be used at any time. Ex. 2 (TS 2025-10-14 Hr'g Tr.) at 47:19–21 ("A. So this is as of June 30, 2025. And what this does is in the far right column, it shows the total amount of cash that's reported by

the parent -- the subsidiaries. And so 88 million plus the 138.9, that is the total Hytera consolidated cash reported at that date, which is $227 million. . . And the total amount of unrestricted cash for Hytera consolidated is approximately $90 million."); *id*. at 47:19–48:5 ("Q. How much unrestricted cash does Hytera parent have? A. The parent has -- how much did you say, unrestricted or restricted? Q. Unrestricted. A. Unrestricted. $12.9 million at this point in time. Q. And how much unrestricted cash does Hytera consolidated have? A. 76.6."). Mr. Westerman testified that Hytera can use restricted and unrestricted cash to pay the judgment. *Id*. at 48:6–13 ("Q. And how can Hytera use the unrestricted cash? A. So some portion of that cash could be contributed toward the judgment. Q. And we've covered unrestricted cash. Could Hytera use restricted cash to pay the judgment? A. Hytera could use restricted cash if they reached out to their financial institutions and asked them to waive those restrictions.")

30.     Mr. Westerman testified that Hytera has had a consistent net cash flow, which as of June 30, 2025, equaled $200 million for the Hytera consolidated entity and 220 million for Hytera's parent and a portion of which could be used to pay the judgment. Ex. 2 (TS 2025-10-14 Hr'g Tr). at 50: 18–24 ("So for Hytera consolidated, it's 200 million before and after; and for the Hytera parent, it's about 300 million and then 220 million after. Q. What can Hytera do with the net cash flow? A. Well, so some portion of those cash flows from operating activities could also be contributed toward the judgment.").

31.     Mr. Westerman testified that in his opinion, Hytera has the ability to pay the judgment. Ex. 2 (TS 2025-10-14 Hr'g Tr.) at 51:7–12 ("So -- so my opinion is that based on that extensive asset base, that net asset base, and the unrestricted assets that they have and the cash flows that they're generating from their operating activities, they have a significant amount of assets and resources that could be contributed toward the judgment.").

32. Mr. Westerman testified that Hytera could use its assets to generate cash. Ex. 2 (TS 2025-10-14 Hr'g Tr.) at 51:17–52:13 ("[H]ave you seen evidence of Hytera using its assets to generate cash in the past? A. Yeah. So I think it's important that Hytera has taken actions historically to sell assets and leverage its subsidiaries. . . In 2020, Hytera sold its headquarters office building for approximately $327 million. In 2022, Hytera Project Corp., which is a subsidiary of the parent, offered the Norsat stock shares, so they pledge -- they offered to pledge the Norsat stock shares. Norsat is a -- is one of the subsidiaries of Hytera's parent, and so that was offered as a pledge in lieu of paying $49 million in cash toward the royalty payment, which was the subject of the hearing that I testified at back in August of 2023. And then in 2022, Hytera sold one of its subsidiaries called Sepura for about 160 million. And then there was a loan that was provided from a subsidiary up to the Hytera parent.").

33. Mr. Westerman testified that Hytera could generate cash by reducing discretionary spending on research and development, marketing, and administrative expenses. Ex. 2 (TS 2025-10-14 Hr'g Tr.) at 52:19–52:22 ("So another -- another item that is a -- is a specific option to raise funds, to contribute toward the judgment, is to reduce discretionary spending associated with research and development, marketing, and administrative expenses."). Mr. Westerman also testified that Hytera consolidated entity spent $737 million between 2021 and 2023 and $700 million between 2023 and 2025, and Hytera parent spent $385 million between 2021 and 2023 and $383 million between 2023 and 2025. *Id*. at 53:4–18 ("And I have the same two time frames, which is approximately two years before I testified in the August 23rd -- 2023 hearing, and then the two years since then through June 30 of 2025. . . So, for example, if you look at the yellow boxes, 737 million of expenditures were incurred during that two-year period before the hearing, and roughly 700 million since then for the consolidated entity. And likewise, there's a substantive

10

amount of expenses before and after the hearing for the parent; 385 million and 383 million during those two time periods.").

34.　Mr. Westerman testified that Hytera could acquire bank financing to pay down the judgment. Ex. 2 (TS 2025-10-14 Hr'g Tr.) at 54:10–14 ("One of the things that Hytera has done over the years is significantly paid down its debt; hundreds of millions of dollars in paid-down debt over the years. And so what that does is it frees up debt capacity for Hytera to finance more money with the banks.")

35.　Mr. Westerman testified that Hytera could sell its subsidiaries to pay down the judgment. Ex. 2 (TS 2025-10-14 Hr'g Tr.) at 54:15–18 ("The second one is they could sell other subsidiaries. Hytera has a portfolio of subsidiaries that's, you know, 40-plus subsidiaries, and Hytera could sell other subsidiaries consistent with what Hytera did with Teltronic.").

36.　Mr. Westerman testified that Hytera could monetize its assets, for example, the intellectual property portfolio to pay down the judgment. Ex. 2 (TS 2025-10-14 Hr'g Tr.) at 54:19–24 ("They could also sell or monetize other assets, so the intellectual property portfolio, for example. In its public reports, Hytera indicates it has thousands of patents, for example. So assessing the value of those patents and potentially monetizing those. You could also do an equity offering where they raise stock as opposed to bank financing.").

37.　Motorola is harmed by the continued non-payment of the Judgment by Hytera in several ways. For example, the civil Judgment accrues interest at 1.21% per annum, well below the current rate of inflation or a risk-free rate, which currently is at 3%. Ex. 2 (TS 2025-10-14 Hr'g Tr.) at 76:18–23 ("No. 1, the rate is well below inflation. The current inflation rate is approximately 3 percent versus the 1.2 percent that they're being paid on the judgment. That judgment amount is also lower than in risk-free rates. If you look at treasury yields today for 3-

11

to 5-year treasuries, that rate is 4 percent compared to 1.21 percent."). Motorola is further harmed by its inability to reinvest the proceeds from the Judgment into its own business and generate incremental returns for its investors. Mr. Westerman testified that one measure of this harm is "return on invested capital," which has conservatively been a percentage in the high teens for Motorola and is many times higher than the 1.21% interest on the Judgment. Ex. 2 (TS 2025-10-14 Hr'g Tr.) at 77:3-16 ("The other way to look at this is that as -- as -- you know, while -- while Motorola continues to wait to get payment, they're not able to take those proceeds and reinvest it into their business and generate incremental returns for its shareholders. So if you look at, you know, measures, such as return on invested capital, that -- the -- the return Motorola has been earning on that for running its business is, you know, high teens conservatively over the last couple of years, and so shareholders are being deprived of those incremental returns while the judgment isn't paid, and it's really 1.2 percent that Motorola is earning on that judgment.").

38. In its 2024 Annual Report attached here as exhibit 8, Hytera recognized the liability related to the civil judgment and compensation amount in the criminal case. Hytera stated that "[a]s of the balance sheet date, the difference between the compensation amount for the trade secret and copyright infringement litigation with Motorola and the amount already accrued in previous years is USD 463 million (equivalent to RMB 3. 326 billion). In addition, the compensation amount agreed upon with the U. S. Department of Justice does not exceed USD 60 million (equivalent to RMB 431 million). The total compensation for these two items is USD 523 million (equivalent to RMB 3.757 billion)." Ex. 8 at 147.

39. In the same report, Hytera stated that "[i]f the Company is ordered to pay the full compensation in a lump sum, it may have a significant impact on the Company's liquidity and raise substantial doubt about its ability to continue as a going concern." *Id.*

40.     In the report, Hytera described a plan it will implement to "solve the problem of going concern." *Id.* As part of the plan, Hytera stated that

（1）  The Company is prioritizing cash flow management, implementing more proactive pre- and post-management across the upstream and downstream of its operations, and strengthening controls over sales activities to improve the collection rate of sales receivables;

（2）  The Company will take active measures to control various costs and expenses and to save on capital expenditures;

（3）  The Company will actively negotiate with commercial banks and other financial institutions to obtain additional credit and loan support;

（4）  The Company will promote strategic focus and resource consolidation through business optimization and asset integration to recover funds;

*Id.*

41.     In the report, Hytera concluded that

the management of the Company believes that it is reasonable to prepare the 2024 financial statements on a going concern basis. The Board of Directors of the Company has conducted a full and detailed assessment of the Company's ability to continue as a going concern, including reviewing the Company's working capital forecast for the next 12 months prepared by management. The Board of Directors believes that the Company will be able to obtain sufficient sources of financing in the next 12 months to ensure working capital and debt repayment needs, and agrees that management has prepared these financial statements based on the going concern assumption.

*Id.*

42.     Mr. Westerman, during the October 2025 hearing testified that "going concern is an important concept within the accounting profession, and what it is it's the ability for an enterprise to continue to operate, as opposed to being liquidated, for example, because if there is a going concern issue, ultimately the financial statements, the balance sheet, for example, would be reported at very different values than what it was for Hytera as of 12/31/24." Ex. 2 (TS 2025-10-14 Hr'g Tr.) at 58:5–11.

13

43. Hytera's report was audited by Grant Thornton. Ex. 8 at 117 ("We have audited the financial statements of Hytera Communications Co., Ltd. . . . including the consolidated and company balance sheet on December 31, 2024, the 2024 consolidated and corporate income statements, consolidated and corporate cash flow statements, consolidated and corporate statements of changes in shareholders' equity, and notes to related financial statements.").

44. Grant Thornton stated that it "[a]nalyzed the feasibility of the improvement measures proposed by management, including whether the sources of funding for the financing plan are reliable, whether the market conditions and timing for asset sales are reasonable, and whether the forecast of the impact of operational adjustments on cash flow is based on reasonable assumptions." *Id*. at 118–19. Grant Thorton also stated that it "[c]ommunicated with management to discuss the appropriateness of their use of the going concern assumption in preparing the financial statements, and reviewed the adequacy and appropriateness of the disclosures in the financial statements regarding the impact of the litigation and compensation expenses on liquidity risk." *Id*. at 119.

45. Grant Thorton concluded that "[w]e believe that the attached financial statements . . . fairly reflect Hytera's consolidated and corporate financial status as of December 31, 2024, as well as its consolidated and corporate operating results and cash flows for 2024. . . We believe that the audit evidence we have obtained is sufficient and appropriate to provide a basis for our audit opinion." *Id*. at 117. Grant Thorton signed the audit on April 27, 2025. *Id*. at 122.

46. According to the Announcement number: 2025-020 attached to this declaration as exhibit 9, on April 27, 2025, Hytera's board of directors agreed that Hytera would apply for a comprehensive credit line with a total amount of no more than approximately $520 million from 17 banks and non-bank entities. Ex. 9 at 3 ("Hytera Communications Corporation Limited . . .

14

held its 18th meeting of the Fifth Board of Directors on April 27, 2025. The meeting deliberated and approved the 'Proposal on the Company's Application for Credit Lines from Banks and Non-Banking Financial Institutions in 2025' agreeing for the Company and its controlled subsidiaries to apply for comprehensive credit lines with a total limit of no more than RBM 3.7 billion or its equivalent in foreign currency from 17 banks and non-banking financial institutions.").

47. In the 2025 Semi-Annual Report, Hytera stated that, "[a]ccording to the company's assessment, within 12 months from the end of this reporting period, the company's ability to continue operating is good, and there are no factors that would cause significant doubts about the company's ability to continue operating." Ex. 10 at 296.

48. In July 2025, Hytera repaid its debt using proceeds from the sale of its subsidiary, Teltronic. TS Dkt. 1896, Exs. 18–19.

49. On September 16, 2025, Hytera offered to put $70 million in cash into an escrow as security for the stay of the execution of the H-Series judgment issued by Judge Pacold after her finding that Hytera violated the Royalty Order by selling the H-Series devices without paying royalty to Motorola. TS Dkt. 1921 at 1 ("As security, Hytera proposes to deposit the entire amount ordered ($70,474,052) in cash (representing $59,300,624 in unpaid royalties and $11,173,428 in interest as set forth in the Court's August 22, 2025 Order) into the Court's interest-bearing registry account as appropriate security pursuant to Federal Rule of Civil Procedure 67 and Local Rule 67.1."). Later, Hytera confirmed it is able to deposit additional $███ million in a weeks' time for the royalties on the H-Series due after Judge Pacold issued the order requiring Hytera to pay the royalties on H-Series sales through present. TS Dkt. 1957 at 2 ("███████████████████ ███████████████████████████████████████████ ██████████████████████████████").

15

50. During the October 2025 hearing in the civil case, Hytera's financial expert, Ms. Hong Qiao, admitted on cross examination that in order to pay the $70 million of royalty on the H-Series, Hytera "planned to pay I think from different sources. One would be -- a portion -- a smaller portion would be paid by HCC using its own cash. That's a small portion. And then another portion will be borrowing from HTC – I'm sorry, HTI [Shenzhen HTI Group] discussed earlier, and then the remaining portion they plan to borrow from subsidiaries." Ex. 2 (TS 2025-10-14 Hr'g Tr.) at 240:11–18.

51. During the October 2025 hearing, Judge Pacold recognized Hytera's ability to "rapidly" pull together $70 million to pay Court-ordered restitution in this case. Ex. 2 (TS 2025-10-15 Hr'g Tr.) at 502:20–24 ("[O]ne question about the 70 million is I guess if HCC is rapidly able to pull together that much money, I know that's still obviously less than the outstanding judgment amount, but why is it not possible to also do that for purposes of the judgment?").

52. During the October 2025 hearing, Hytera's counsel stated that "Hytera has a group of companies that they move money around the group. It is 100 percent arm's length. It is 100 percent papered." Ex. 2 (TS 2025-10-15 Hr'g Tr.) at 333:5–7.

53. During the October 2025 hearing, Hytera's counsel stated that ███████████████ ████████████████████████████████████████████ ████████████████████████████████████████████ ████████████████████████████████████████████ ████████████████████████████████████████████ ████████████████████████████████████████████ ██████████████████████████████ Ex. 2 (TS 2025-10-15 Hr'g Tr.) at 506:25–507:10.

54.     On October 14, 2025, in the course of the hearing before Judge Pacold, Hytera submitted the declaration of Jilian Kang (TS Dkt. 1971-1) where he stated that "



" *Id. at* ¶ 11. Mr. Kang also stated that "

" *Id*. at ¶ 13. Mr. Kang also stated that "

" *Id*. at ¶ 16.

55.     In the August 26, 2023 Memorandum and Order on Contempt, Judge Pacold found Mr. Kang's declaration in that proceeding not credible. TS Dkt. 1461 at 64 ("[Jiliang Kang's] declaration states that he made oral outreach to the banks to attempt to obtain additional capital at least four weeks in advance of the royalty payment being due, and that he attached written 'confirmation' of this outreach. . . .   The attached written communication reads not as 'confirmation' that any outreach occurred, but instead, as the first outreach Hytera made to these prospective lenders to obtain financing for the lump-sum royalty payment due July 31, 2022. . . . In fact, the identical email that Hytera sent to each of the lenders in the week immediately preceding the payment due date did not mention any phone calls or oral outreach at all, and instead, referenced only a July 8, 2022 public announcement. . . . The court finds Kang's declaration not credible in light of the written evidence attached to the declaration.").

I declare under penalty of perjury that the foregoing is s and correct pursuant to 28 U.S.C.

§ 1746. This declaration was executed on November 19, 2025, in San Francisco, California.


 */s/ Laura Vartain Horn*
Laura Vartain Horn

18

# Exhibit 1

# Filed Under Seal

# Exhibit 2

# Filed Under Seal

# Exhibit 3

# Filed Under Seal

# Exhibit 4

证券代码：002583　　　　　　　　　　　　证券简称：海能达

# 海能达通信股份有限公司投资者关系活动记录表

编号：2024-003

| 投资者关系活动类别 | ☐ 特定对象调研　　　　☑ 分析师会议<br><br>☐ 媒体采访　　　　　　☐ 业绩说明会<br><br>☐ 新闻发布会　　　　　☐ 路演活动<br><br>☐ 现场参观<br><br>☐ 其他 |
|---|---|
| 参与单位名称及人员姓名 | 天风证券、长城证券、国盛证券、东兴证券、太平资产、观富资产、太平洋证券、华夏未来、CloudAlpha Capital、合煦智远、华夏财富、海富通基金、上海途灵、上海笃诚、中邮人寿、燕园创新、鹏华基金、光大保德信、华西基金、博时基金、天津远策、北京和信金创、平安资产、鹏华基金、长盛基金、富荣基金、承珞投资、青岛幂加和、上海健顺、玄卜投资 |
| 时间 | 2024 年 8 月 8 日至 2024 年 8 月 9 日 |
| 地点 | 线上会议平台 |
| 上市公司接待人员姓名 | 副总经理兼董秘　周炎<br><br>投资者关系经理　米赛钰 |
| 投资者关系活动主要内容介绍 | **一、公司基本情况介绍**<br><br>　　2024 年上半年，公司坚持高质量发展方针，深化重构企业核心竞争力，紧随"一带一路"发展战略，夯实全球渠道及市场布局，抗住外部的压力与挑战，业务展现较大韧性。报告期内，公司整体实现 27.4 亿元收入，同比增长 21.3%。其中，主营专业无线通信业务收入 21 亿元，同比增长 16.8%，主要得益于海内外渠道业务的增长。<br><br>　　利润方面，上半年公司实现净利润 1.62 亿元，同比增长 110%，扣非净利润 1.49 亿元，同比增长 135%。管理上公司继续落实精细化运营，期间费用率同比下降 4.1 个百分点，有息负债显著降低，利息支出同比减少，经营性现金流净额 3800 万元。剔除诉讼影响，经营性现金流 2.8 亿元，连续 19 个季度为正，累计净流入合计 32 亿元。同时，公司继续强化业务收付款，注重高质量订单，信用减值损失同比减少 6500 万元。此外，汇兑损失 3049 万元，较去年同期增加 8834 万元，剔除汇率波动因素，业务表现及利润率都比去年同期更加扎实。<br><br>　　分区域来看，国内及海外业务均实现了两位数的增长，订单情况同比增长可观，整体业绩符合公司预期，在当前这样的形势及公司的特殊情况中这 |

1

样的业绩来之不易，与公司坚持高质量发展及创新引领的发展思路息息相关。

分业务来看，窄带业务稳定增长，成长型业务实现了快速增长，其中多模、执法记录仪、指调等公专融合产品线增速较快，宽带业务实现显著的增长。EMS 业务保持较好增长趋势，客户已覆盖大部分全球领先的动力电池厂商以及国内领先的新能源汽车厂商，在推进新能源及汽车电子研发与供应深度上取得进展，并布局低空经济，与国内头部互联网零售科技企业达成战略合作。

从内部管理上，自公司 22 年 10 月提出"步步为盈"以来，业务实现良性发展，公司今年核心战略思想"重构企业核心竞争力，激发组织战斗力"，经过上半年的实践，在销售端明确了"三个易""四个全覆盖"的发展目标，并在国内外的业务落实上产生了明显的效果。研发端进一步审视和夯实四个业务板块，重点在技术创新，牢牢树立"海能达出品就要做行业标杆"的理念；运营端进一步提升大运营能力，从产品、研发到供应链的全流程拉通，支持更多销售力量下沉一线，强化 GTM、LTC 的流程、供应链 NPI 的改进；激发组织战斗力方面，强化激励下沉，从销售区域下沉到人员，未来继续向研发、供应链及平台部门覆盖。

展望下半年，市场形势依然较为严峻，公司经营步入稳健轨道，若不考虑诉讼事件的影响，根据目前三季度初步的经营情况来看，三季度的收入同比及环比都将有继续加速的趋势，目前比较有信心恢复到一季度增长的趋势。公司仍在积极应对诉讼，当前处于二审后期的阶段。根据当前二审判决估算，调减版权部分的赔偿金额约 1.2 亿美元，其他维持了一审原判。公司不认可部分二审判决，正在申请二审法院重新考虑并重新判决，结果上依然存在一些不确定性。公司希望投入更多精力到企业的生产经营中，经过近几年来的经营管理上的调整，证明了公司的管理变革是富有成效的，主营业务能够为客户及股东创造价值，这也是公司应对外部变化的信心所在。

## 二、问答交流情况

### 1、窄带及成长型业务的增长，主要是来自下游哪些客户的需求？

窄带业务增长主要是国内和海外渠道，尤其是新兴市场是在发力。这几年公司加强国代、数字化营销等方面的管理效果显现，一季度渠道业务的增长已经在体现。渠道业务是基本盘，是主要的增长因素。另外在高端防爆产品上，高端能源行业增长，新品 S 系列的商业机型上量较快。成长型业务层面，POC 在专网领域作为集群业务的补充帮助泛执法进行快速部署，除终端销售外，我们在全国五大区域构建了子运营平台，运营收入也在增长。执法记录仪产品品类增加，进入国家区域及合作伙伴的数量都在持续增加。应急行业除了拉动窄带之外，也对自组网等应急通信产品形成有效拉动。宽带业务自去年下半年进入部门海外国家运营商体系后起业务比较持续，今年上半年增长较快。

### 2、应急招标今年带给公司业务的拉动情况？国内还有什么行业拉动业绩增长？

从目前市场端来看，公司占相关的 370M 设备已开标的半数以上，预计今年会贡献较大的收入增量，带动国内业务收入增长。除 370M 之外，自组网、天通终端、应急通信车需求，也会对公司其他产品线有拉动。近期整个应急招标接近尾声，三季度起就会开始逐步体现收入，具体节奏跟验收实施相关。往后看国内业务的增量，随着铁路 400M、公共安全单北斗升级、电力等行业的专用网络部署都会带来增长空间。

| | |
|---|---|
| | **3、公司在费用控制方面的考核目标和具体的控费措施？**<br><br>公司的费用管控的具体实施是从组织变革开始，使组织变得轻量化、高效化，将部分中台下沉至一线，提升组织效率，让力量向一线渗透，效率得到显著提升。具体目标上，在不考虑诉讼影响的情况下，销售费用和管理费用的目标持平略降，研发费用略增，主要用于加强产品推新和标准引领，整体的费用率上会有所下降，这也是我们净利率提升的一个基础。<br><br>**4、公司全年利润率的展望？**<br><br>上半年 27 亿元的收入，以扣非净利润来看，公司实现了 5.4%的净利率。如果全年达成营收目标，公司经营性利润率还将进一步提升，主营业务的盈利能力呈现稳步提升态势。非经营层面，预计全年诉讼费用会同比有所增加。财务口径盈利会受到汇兑、资产减值及诉讼计提等事项的影响，具体情况以公司披露的定期报告为准。 |
| 附件清单<br>（如有） | 无 |
| 日期 | 2024 年 8 月 12 日 |

Securities code: 002583                                      Securities abbreviation: Hytera

# Investor Relations Activity Record Sheet of Hytera Communications Co., Ltd.

No.: 2024-003

| | |
|---|---|
| **Investor relations activity categories** | □ Research of specific target ☑ Analyst meeting<br>□ Media interview □ Performance briefing<br>□ Press conference □ Roadshow<br>□ Site visit<br>□ Other |
| **Organization name and personnel name** | Tianfeng Securities, Great Wall Securities, Guosheng Securities, Dongxing Securities, Taiping Asset Management, Granford Capital, Pacific Securities, China Future, CloudAlpha Capital, United Vision Asset Management, China Wealth Management, HFT Investment Management, Shanghai Tourmaline Asset Management, Shanghai Ducheng Investment, China Post Life, Yanyuan Innovation Investment Management, Penghua Fund, Everbright PGIM, China Asset Management, Bosera Funds, Tianjin Yuance, Beijing Hexin Jinchuang Investment Management, Ping An Asset Management, Penghua Fund, Changsheng Fund, Fortune & Royal Asset, Chengluo Investment, Qingdao Natural Power Capital, Shanghai Kingsun Investment, Symbol Investment |
| **Time** | August 8, 2024 to August 9, 2024 |
| **Location** | Online conference platform |
| **Reception personnel name** | Deputy General Manager and Board Secretary: Zhou Yan<br>Investor Relations Manager: Mi Saiyu |
| **Introduction to investor relations activities** | **I. Profile of the Company**<br>In the first half of 2024, the Company adhered to the principle of high-quality development, deepened the reconstruction of the Company's core competitiveness, followed the development strategy of "The Belt and Road Initiative", consolidated the global channels and market layout, resisted external pressure and challenges, and showed great resilience in business. During the reporting period, the Company achieved an overall revenue of RMB2.74 billion, a year-on-year increase of 21.3%. Among them, the revenue of the main business, wireless communication, was RMB2.1 billion, a year-on-year increase of 16.8%, mainly benefitting from the growth of domestic and overseas channel business.<br><br>In terms of profit, the Company achieved a net profit of RMB162 million in the first half of the year, a year-on-year increase of 110%, and a net profit excluding non-recurring profit and loss of RMB149 million, a year-on-year increase of 135%. In terms of management, the Company continued to implement refined operations, the period expenses rate decreased by 4.1 percent year-on-year, interest-bearing liabilities decreased significantly, interest expenses decreased year-on-year, and net operating cash flow amounted to RMB38 million. Excluding the impact of litigation, operating cash flow was RMB280 million, which was positive for 19 consecutive quarters, with a cumulative net inflow of RMB3.2 billion. At the same time, the Company continued to strengthen business receipt collection and payment, focusing on high-quality orders, and credit impairment losses decreased by RMB65 million year-on-year. In addition, exchange losses |

were RMB30.49 million, an increase of RMB88.34 million over the same period of last year. Excluding exchange rate fluctuations, business performance and profit margins were stronger than the same period of last year.

In terms of analysis by region, both domestic and overseas businesses achieved double-digit growth, and the orders increased significantly year-on-year. The overall performance was in line with the Company's expectations. In the current situation and the Company's specific circumstances, such performance was hard-won and closely related to the Company's adherence to such ideas as high-quality development and innovation-led development.

In terms of analysis by business, narrowband business grew steadily, and growth-oriented business achieved rapid growth, among which multi-mode, law enforcement recorders, command and dispatch and other public-private integrated product lines grew rapidly, and broadband business achieved significant growth. EMS business maintains a good growth trend, and the customers expansion has covered most of the world's leading power battery manufacturers and domestic leading new energy vehicle manufacturers. The Company has made progress in further promoting R&D and supply of new energy and automotive electronics, and has laid out the low-altitude economy, and reached strategic cooperation with domestic leading Internet retail technology companies.

From the perspective of internal management, since the Company proposed "Making profit step by step" in October 2022, the business has achieved healthy development. The Company's core strategic idea this year is "reconstructing the core competitiveness of the Company and stimulating the capacity of the organization". After the practice in the first half of the year, the development goals of "three eases" and "four full-coverage" were clarified on the sales side, and remarkable results were achieved in the implementation of domestic and foreign business. The R&D side further reviewed and consolidated the four business segments, focusing on technological innovation, and firmly established the concept of "To make Hytera's products the industry benchmark"; the operation side further improved the large-scale operation capabilities through the entire process from products, R&D to the supply chain, supporting more sales forces to practice at the front line, strengthening the GTM, LTC process, and the improvement of the supply chain NPI. In terms of stimulating the capacity of the organization, the incentive coverage was further expanded, from the sales area to the personnel, and in the future, the Company will continue to cover the R&D, supply chain and platform departments.

Looking ahead to the second half of the year, the market environment is still relatively severe, and the Company's operations are on a steady track. If the impact of the litigation is not taken into account, the revenue in the third quarter will continue to accelerate both year-on-year and quarter-on-quarter according to the preliminary operating conditions in the third quarter, and we are currently confident that we can return to the growth trend in the first quarter. The Company is still actively responding to the lawsuit and is

currently in the late stage of the second instance. According to the current estimate for the second instance judgment, the amount of compensation for copyright is expected to reduce by about USD120 million, and first instance judgment is maintained for the rest. The Company does not recognize part of the second instance judgment and is applying for reconsideration and verdict adjustment with the second instance court. There is still some uncertainty in the result. The Company hopes to devote more energy to the production and operation of the Company. After the adjustments in operation and management in recent years, it has been proved that the Company's management changes are fruitful, and the main business can generate value for customers and shareholders. This is also the confidence of the Company in dealing with external changes.

## II. Q&A Exchange

### 1. Which downstream customers have demands that drives the growth of narrowband and growth-oriented businesses?

The growth of narrowband business is mainly due to domestic and overseas channels, especially emerging markets. In recent years, the Company's management of strengthening national agents and digital marketing has appeared effective, and the channel business in the first quarter has grown. Channel business is the basic market and the main growth factor. In addition, in high-end explosion-proof products, the high-end energy industry has grown, and the commercial models of the new S series have increased rapidly. In terms of growth-oriented business, POC helps pan-law enforcement to deploy quickly as a supplement to cluster business in the private network field. In addition to terminal sales, we have built sub-operation platforms in five major regions across the country, and the operating income is also growing. The product categories of law enforcement recorders have increased, and the number of products entering into the markets of different countries, regions and partners has continued to increase. In addition to narrowband, the emergency industry has also effectively driven emergency communication products such as ad-hoc networks. Since the Company joined the overseas operator systems in the second half of last year, the broadband business has continuously developed, and has grown rapidly in the first half of this year.

### 2. How has the emergency module bidding boosted the Company's business this year? What other industries in China have driven performance growth?

From the current market perspective, the Company accounts for more than half of the relevant 370M equipment that has been opened for bidding, and it is expected that it will contribute a significant increase in revenue this year and drive the growth of domestic business revenue. In addition to 370M, the demand for ad-hoc networks, Tiantong terminals, and emergency communication vehicles will also boost the Company's other product lines. Recently, the entire emergency module bidding is coming to an end, and the revenue will gradually be achieved from the third quarter. The specific progress is related to the acceptance inspection and implementation. For the increase in domestic business in the future, with the deployment of dedicated networks in industries such as railway 400M, public safety single Beidou upgrades, and electricity, there will be room for growth.

|  |  |
|---|---|
|  | **3. What are the Company's assessment targets in terms of cost control and what specific cost control measures are taken?**<br>The specific implementation of the Company's cost control starts with organizational change, making the organization lighter and more efficient, expanding some of the middle office to the front line, improving organizational efficiency, allowing the force to penetrate the front line, and significantly improving efficiency. In terms of specific goals, without considering the impact of litigation, the sales and management expenses will remain the same or slightly decrease, and the R&D expenses will increase slightly and are mainly used to strengthen new product launch and standard guidance. The overall cost rate will decrease, which is also a foundation for our net profit rate to increase.<br>**4. What is the outlook for the Company's full-year profit margin?**<br>With revenue of RMB2.7 billion in the first half of the year, the Company achieved a net profit margin of 5.4% based on net profit excluding non-recurring profit and loss. If the full-year revenue target is achieved, the Company's operating profit margin will be further improved, and the profitability of the main business will show a steady improvement. At the non-operating level, it is expected that the litigation expenses for the whole year will increase year-on-year. Financial profit will be affected by foreign exchange, asset impairment and litigation provisions. The specific situation shall be subject to the periodic report disclosed by the Company. |
| **List of attachments (if any)** | None |
| **Date** | August 12, 2024 |



City of New York, State of New York, County of New York

I, Jacqueline Yorke, hereby certify that the document "**2024 Hytera investor relations doc**" is, to the best of my knowledge and belief, a true and accurate translation from Chinese into English.

Jacqueline Yorke

Sworn to before me this
November 27, 2024

Signature, Notary Public

WENDY POON
Notary Public - State of New York
No. 01PO0000184
Qualified in Queens County
My Commission Expires February 02, 20 **27**

Stamp, Notary Public

LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS
1250 BROADWAY, 32ND FLOOR, NEW YORK, NY 10001 | T 212.400.8840 | F 212.689.1059 | WWW.TRANSPERFECT.COM
OFFICES IN 90 CITIES WORLDWIDE

# Exhibit 5

# Filed Under Seal

# Exhibit 6

# Filed Under Seal

# Exhibit 7

# Filed Under Seal

# Exhibit 8

Case: 1:20-cr-00688 Document #: 409-5 Filed: 12/02/25 Page 36 of 54 PageID #:26272



# 海能达通信股份有限公司
# 2024年度报告



INNOVATE for a Safer World

创 新 融 合 构 建 安 全 世 界

7 L( , , '%



**Hytera**

# 2024 Annual Report of Hytera Communications Co. , Ltd.

Innovate for a Safer World

7 L ( , , "&+&

Case: 1:20-cr-00688 Document #: 409-5 Filed: 12/02/25 Page 38 of 54 PageID #:26274

Full Text of 2024 Annual Report of Hytera Communications Co. , Ltd.

# Section 10    Financial Report

## I. Audit report

| Type of audit opinion | Standard unqualified opinion |
|---|---|
| Audit report signing date | April 27, 2025 |
| Auditor name | Grant Thornton (special general partnership) |
| Audit report number | Zhi Tong Shen Zi (2025) No. 441A018779 |
| Name of certified public accountant | Ping Haipeng, Ouyang Le |

Audit report text

**All shareholders of Hytera Communication Co. , Ltd. :**

### 1. Audit opinion

We have audited the financial statements of Hytera Communications Co. , Ltd. (hereinafter referred to as "Hytera"), including the consolidated and company balance sheet on December 31, 2024, the 2024 consolidated and corporate income statements, consolidated and corporate cash flow statements, consolidated and corporate statements of changes in shareholders' equity, and notes to related financial statements.

We believe that the attached financial statements have been prepared in accordance with the Accounting Standards for Business Enterprises in all material respects, and fairly reflect Hytera's consolidated and corporate financial status as of December 31, 2024, as well as its consolidated and corporate operating results and cash flows for 2024.

### II. Basis for forming an audit opinion

We have carried out the audit work in accordance with the provisions of the auditing standards for Chinese certified public accountants. Our responsibilities under these standards are further described in the Certified Public Accountant's Responsibilities for the Audit of the Financial Statements section of the auditor's report. In accordance with the Code of Professional Ethics for Chinese Certified Public Accountants, we are independent from Hytera and have fulfilled other responsibilities in terms of professional ethics. We believe that the audit evidence we have obtained is sufficient and appropriate to provide a basis for our audit opinion.

### 3. Key audit matters

Key audit matters are matters that we consider to be the most important in the audit of the financial statements of the current period based on our professional judgment. The response to these matters is based on the audit of the financial statements as a whole and the formation of audit opinions. We do not express opinions on these matters separately.

(I) Provision for Major Litigation and Contingent Liabilities

For relevant information disclosure, please refer to Note II-2, Note III-25, Note V-37, Note V-58, and Note XIII-2-(1) to the financial statements.

1. Item description

117

7L(,,",,

Case: 1:20-cr-00688 Document #: 409-5 Filed: 12/02/25 Page 39 of 54 PageID #:26275

Full Text of 2024 Annual Report of Hytera Communications Co. , Ltd.

Between Hytera Communications and MOTOROLA (MOTOROLA SOLUTIONS MALAYSIA SDN. BHD. and MOTOROLA SOLUTIONS, INC. ), the trade secret and copyright infringement lawsuit (hereinafter referred to as "the lawsuit") was heard in a U. S. court on November 6, 2019. On March 5, 2020, a U. S. court issued a first-instance judgment. On July 3, 2024, the U. S. Court of Appeals for the Seventh Circuit (the "Appellate Court") upheld the Company's claims regarding the extraterritorial jurisdiction and allocation of copyrights. The remaining issues, including the statute of limitations for copyrights and trade secrets, were affirmed in accordance with the first-instance judgment. The case was remanded to the trial court for recalculation of damages related to the copyright portion. Based on this, Hytera calculated the compensation amount to be $559 million.

In January 2025, the Company reached an agreement with the U. S. Department of Justice, which was approved by the court. Based on this agreement, the Company estimated the compensation amount to be $60 million.

Based on the appellate court ruling and the agreement, Hytera has calculated a total compensation amount of USD 619 million. The difference between the estimated compensation and the amount previously accrued in prior years has been recognized as a provision and included in the profit and loss for 2024, amounting to USD 523 million (equivalent to RMB 3. 757 billion).

The amount of the provision for estimated liabilities requires management of Hytera (hereinafter referred to as "management") to exercise judgment using accounting estimates. If a ruling requires a one-time payment of the aforementioned compensation, it could have a significant impact on Hytera's liquidity. Therefore, we have identified this matter as a key audit matter.

2. Audit response

For the accrual of significant litigation and provisions, we primarily carried out the following audit procedures:

（1） Understood, evaluated, and tested internal control processes related to contingencies such as litigation;

（2） Obtained and reviewed materials related to the lawsuit, interviewed Hytera's management and governance teams to understand the progress, latest developments, response measures, the likelihood and estimated amount of potential losses, and recalculated the amount of provisions for contingent liabilities;

（3） Checked the official Motorola website for updates on litigation progress and related information;

（4） Obtained the agency contract of Hytera's hired lawyers, sent a lawyer's inquiry letter to the overseas lawyer handling the litigation to understand the facts and current progress of the lawsuit, the possibility of losses, and the supporting evidence related to Hytera's appeal;

（5） Assessed whether the significant judgments made by management and those charged with governance were complete and appropriate based on the lawyer's opinions, and evaluated the lawyer's competence, professional qualifications, and objectivity;

（6） Reviewed management's assessment of the entity's ability to continue as a going concern, checked whether management has fully considered matters that may give rise to significant doubt about going concern, and confirmed that the period covered by management's assessment complies with the relevant standards;

（7） Analyzed the feasibility of the improvement measures proposed by management, including

whether the sources of funding for the financing plan are reliable, whether the market conditions and timing for asset sales are reasonable, and whether the forecast of the impact of operational adjustments on cash flow is based on reasonable assumptions;

（8） Reviewed the completeness and accuracy of the presentation and disclosure of provisions and related contingencies in the financial statements;

（9） Communicated with management to discuss the appropriateness of their use of the going concern assumption in preparing the financial statements, and reviewed the adequacy and appropriateness of the disclosures in the financial statements regarding the impact of the litigation and compensation expenses on liquidity risk.

(II) Revenue recognition

For relevant information disclosure, please refer to Note III. -27 and Note V. -45 to the financial statements.

1. Item description

Hytera is mainly engaged in the research and development, production, sales, and service of professional wireless communication equipment and software, such as walkie-talkie terminals, trunking systems, and dispatching systems, and provides overall solutions. In 2024, Hytera achieved an operating revenue of RMB 6,142. 13 million. As operating income is one of Hytera's key performance indicators, there is an inherent risk that management may manipulate revenue recognition in order to achieve specific goals or expectations. Therefore, we identify revenue recognition as a key audit matter.

2. Audit response

Regarding revenue recognition, we mainly implemented the following audit procedures:

（1） Understand and evaluate the design effectiveness of key internal controls related to revenue recognition, and test the operating effectiveness of key controls;

（2） Obtain and understand accounting policies related to revenue, and review and evaluate whether the timing of transfer of control related to the recognition of sales revenue complies with the requirements of enterprise accounting standards;

（3） Implement analytical procedures to analyze the rationality of changes in revenue and gross profit margin, and conduct comparative analysis with comparable companies in the same industry;

（4） Sampled the sales revenue recognized in the current period and checked the relevant sales contracts, invoices, receipts, customs declarations, bills of lading, initial inspection reports, bank deposit slips, and other supporting documents to evaluate the authenticity of the relevant revenue recognition;

（5） Conduct confirmation procedures, field visits, and video interviews on key customers or end customers through random sampling. For customers who do not respond, we conduct alternative procedures by checking sales contracts, invoices, receipts, customs declarations, bills of lading, initial inspection reports, bank deposit slips, etc.

（6） Verify the major projects that Hytera has obtained through bidding through public website inquiries, and conduct business registration information inquiries on important customers to further verify the authenticity of the contracts;

119

Case: 1:20-cr-00688 Document #: 409-5 Filed: 12/02/25 Page 41 of 54 PageID #:26277

Full Text of 2024 Annual Report of Hytera Communications Co. , Ltd.

resulting from fraud is higher than for one resulting from error, as fraud may involve collusion, forgery, intentional omissions, misrepresentations, or the override of internal control.

（2） Understand the internal controls relevant to the audit in order to design appropriate audit procedures.

（3） Evaluate the appropriateness of accounting policies selected by management and the reasonableness of accounting estimates and related disclosures.

（4） Draw conclusions on the appropriateness of management's use of the going concern assumption. At the same time, based on the audit evidence obtained, a conclusion is drawn as to whether there are significant uncertainties regarding matters or circumstances that may cause significant doubts about Hytera's ability to continue as a going concern. If we conclude that a material uncertainty exists, auditing standards require us to draw the attention of users to the relevant disclosures in the financial statements in our audit report; if the disclosures are inadequate, we should express a non-unqualified opinion. Our conclusions are based on the information available as of the date of our audit report. However, future events or conditions may cause Hytera to cease to continue as a going concern.

（5） Evaluate the overall presentation, structure and content of the financial statements and whether the financial statements fairly reflect the relevant transactions and events.

（6） Obtain sufficient and appropriate audit evidence regarding the financial information of entities or business activities in Hytera to express an opinion on the financial statements. We are responsible for directing, supervising and performing the Group Audit and have full responsibility for the Audit Opinion.

We communicate with those charged with governance regarding, among other matters, the planned scope and timing of the audit and significant audit findings, including any significant defects in internal control that we identify during our audit.

We also provide a statement to governance that we have complied with ethical requirements related to independence, and communicate to governance all relationships and other matters that may reasonably be perceived to affect our independence, as well as relevant precautions (if applicable).

From the matters that we have communicated with the governance, we have determined which matters are most important to our audit of the financial statements for the current period and therefore constitute key audit matters. We describe these matters in the audit report, unless laws or regulations prohibit public disclosure of these matters, or in rare cases where the adverse consequences of communicating a matter in the audit report can reasonably be expected to outweigh the benefits to the public interest, we determine that the matter should not be communicated in the audit report.

| Grant Thornton LLP (Special General Partnership) | Certified Public Accountant, China (Project Partner) | |
| --- | --- | --- |
| | Certified Public Accountant, China | |
| China · Beijing | April 27, 2025 | |

## II. Financial statements

**7L(, ,"-'**

Case: 1:20-cr-00688 Document #: 409-5 Filed: 12/02/25 Page 42 of 54 PageID #:26278

Full Text of 2024 Annual Report of Hytera Communications Co. , Ltd.

These financial statements are presented on a going concern basis.

The Company's accounting is based on the accrual basis. Except for certain financial instruments, these financial statements are measured on the basis of historical cost. If an asset is impaired, corresponding impairment provisions will be made in accordance with relevant regulations.

## 2. Continued operations

The Company's net profit for 2024 is RMB -3. 503 billion. As of December 31, 2024, the accumulated undistributed profit stands at RMB -2. 559 billion. Total assets amount to RMB 11. 182 billion, with shareholders' equity attributable to the parent company at RMB 2. 387 billion. The asset-liability ratio is 77. 30%. The Company's total current assets are RMB 6. 5 billion, and interest-bearing liabilities due within one year are approximately RMB 2. 168 billion, including short-term loans of RMB 1. 785 billion, notes payable of RMB 178 million, and non-current interest-bearing liabilities due within one year of RMB 205 million. As of the balance sheet date, the difference between the compensation amount for the trade secret and copyright infringement litigation with Motorola and the amount already accrued in previous years is USD 463 million (equivalent to RMB 3. 326 billion). In addition, the compensation amount agreed upon with the U. S. Department of Justice does not exceed USD 60 million (equivalent to RMB 431 million). The total compensation for these two items is USD 523 million (equivalent to RMB 3. 757 billion).

The Company's application for retrial to the Supreme Court has been rejected, and the second-instance judgment has entered the enforcement stage. Motorola has filed a motion for transfer of proceedings with the U. S. court, and the Company has responded to the relevant motion. The case is currently awaiting a court decision. If the Company is ordered to pay the full compensation in a lump sum, it may have a significant impact on the Company's liquidity and raise substantial doubt about its ability to continue as a going concern.

The Company plans to implement the following measures to solve the problem of going concern:

（1） The Company is prioritizing cash flow management, implementing more proactive pre- and post-management across the upstream and downstream of its operations, and strengthening controls over sales activities to improve the collection rate of sales receivables;

（2） The Company will take active measures to control various costs and expenses and to save on capital expenditures;

（3） The Company will actively negotiate with commercial banks and other financial institutions to obtain additional credit and loan support;

（4） The Company will promote strategic focus and resource consolidation through business optimization and asset integration to recover funds;

Through the above measures, the management of the Company believes that it is reasonable to prepare the 2024 financial statements on a going concern basis. The Board of Directors of the Company has conducted a full and detailed assessment of the Company's ability to continue as a going concern, including reviewing the Company's working capital forecast for the next 12 months prepared by management. The Board of Directors believes that the Company will be able to obtain sufficient sources of financing in the next 12 months to ensure working capital and debt repayment needs, and agrees that management has prepared these financial statements based on the going concern assumption.



City of New York, State of New York, County of New York

I, Jacqueline Yorke, hereby certify that the document "**Hytera Communications Corporation Limited_AR_2024-12-31_Chinese**" is, to the best of my knowledge and belief, a true and accurate translation from Chinese into English.

Jacqueline Yorke

Sworn to before me this
October 2, 2025

Signature, Notary Public

WENDY POON
Notary Public - State of New York
No. 01PO0000184
Qualified in Queens County
My Commission Expires February 02, 20**27**

Stamp, Notary Public

LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS
1250 BROADWAY, 32ND FLOOR, NEW YORK, NY 10001 | T 212.400.8840 | F 212.689.1059 | WWW.TRANSPERFECT.COM
OFFICES IN 90 CITIES WORLDWIDE

7 L( , , ') ( +

# Exhibit 9



证券代码：002583　　　　证券简称：海能达　　　　公告编号：2025-020

## 海能达通信股份有限公司

## 关于 2025 年度公司向银行及非银金融机构申请授信额度的公告

本公司及董事会全体成员保证信息披露的内容真实、准确、完整，没有虚假记载、误导性陈述或重大遗漏。

海能达通信股份有限公司（以下简称"公司"）于 2025 年 4 月 27 日召开第五届董事会第十八次会议，审议通过了《关于 2025 年度公司向银行及非银金融机构申请授信额度的议案》，同意公司及控股子公司 2025 年度向中国进出口银行等 17 家银行及非银金融机构申请总额不超过人民币 37 亿元或等值外币的综合授信额度，授权董事长陈清州先生全权代表公司签署上述授信额度内的一切授信文件。本事项尚需提交公司股东大会审议。现将相关情况公告如下：

一、新增授信的背景

公司已审批的向银行及非银金融机构申请授信的额度陆续到期，为保证公司授信的延续性，同时也为了更好的支持公司业务的拓展，公司及控股子公司拟向银行及非银金融机构申请总额度不超过人民币 37 亿元或等值外币的授信。

二、本次新增授信的基本情况

2025 年度公司及控股子公司拟向国内银行及非银金融机构申请总额不超过人民币 37 亿元或等值外币的综合授信额度，具体拟申请授信明细如下：

| 序号 | 银行及非银金融机构 | 拟申请的授信额度（人民币） |
|---|---|---|
| 1 | 中国进出口银行 | 不超过 3 亿元或等值外币 |
| 2 | 中信银行股份有限公司 | 不超过 6 亿元或等值外币 |
| 3 | 中国农业银行股份有限公司 | 不超过 2 亿元或等值外币 |
| 4 | 中国光大银行股份有限公司 | 不超过 3 亿元或等值外币 |
| 5 | 中国银行股份有限公司 | 不超过 2 亿元或等值外币 |



| 6 | 中国工商银行股份有限公司 | 不超过 3 亿元或等值外币 |
|---|---|---|
| 7 | 中国民生银行股份有限公司 | 不超过 2 亿元或等值外币 |
| 8 | 上海浦东发展银行股份有限公司 | 不超过 4 亿元或等值外币 |
| 9 | 浙商银行股份有限公司 | 不超过 5 亿元或等值外币 |
| 10 | 深圳担保集团有限公司及其子公司 | 不超过 2 亿元或等值外币 |
| 11 | 深圳市高新投集团有限公司及其子公司 | 不超过 2 亿元或等值外币 |
| 12 | 郑州银行股份有限公司 | 不超过 5000 万元或等值外币 |
| 13 | 兴业银行股份有限公司 | 不超过 5000 万元或等值外币 |
| 14 | 招商银行股份有限公司 | 不超过 5000 万元或等值外币 |
| 15 | 广发银行股份有限公司 | 不超过 5000 万元或等值外币 |
| 16 | 深圳农村商业银行股份有限公司 | 不超过 5000 万元或等值外币 |
| 17 | 交通银行股份有限公司 | 不超过 5000 万元或等值外币 |
| 合计 | | 不超过 37 亿元或等值外币 |

以上授信品种包括但不限于流动资金贷款（包括但不限委托贷款）、银行承兑汇票、信用证、押汇、保函、贸易融资、出口信贷等，额度最终以授信银行及非银金融机构实际审批的授信额度为准，具体融资金额将视公司运营资金的实际需求来确定，单笔业务不再单独出具董事会决议。公司本次向银行及非银金融机构申请授信额度的授权期限为自股东大会批准之日起一年。

公司提议授权董事长陈清州先生全权代表公司签署上述授信额度内的一切授信文件，由此产生的法律、经济责任全部由本公司承担。

三、备查文件

1、第五届董事会第十八次会议决议。

特此公告。

海能达通信股份有限公司董事会

2025 年 4 月 28 日

7 L( - $"&

[logo:] Hytera ™
Meet the needs and do all what we can

Stock Code: 002583          Stock Abbreviation: Hytera          Announcement Number: 2025-020

**Hytera Communications Corporation Limited**

**Announcement on the Company's Application for Credit Lines from Banks and Non-Banking**

**Financial Institutions in 2025**

| The Company and all members of the Board of Directors guarantee that the information disclosed is true, accurate and complete, and contains no false records, misleading statements, or material omissions. |
| --- |

Hytera Communications Corporation Limited (hereinafter referred to as the "Company") held its 18th meeting of the Fifth Board of Directors on April 27, 2025. The meeting deliberated and approved the "Proposal on the Company's Application for Credit Lines from Banks and Non-Banking Financial Institutions in 2025", agreeing for the Company and its controlled subsidiaries to apply for comprehensive credit lines with a total limit of no more than RMB 3.7 billion or its equivalent in foreign currency from 17 banks and non-banking financial institutions, including the Export-Import Bank of China, in 2025, and authorizing Chairperson Chen Qingzhou to sign all credit documents within the aforementioned credit lines on behalf of the Company. This matter still needs to be submitted to the Company's shareholders' meeting for deliberation. The relevant details are now announced as follows:

**I. Background of the New Credit Line**

The credit lines that the Company has approved for application to banks and non-banking financial institutions have gradually expired. In order to ensure the continuity of the Company's credit lines and to better support the expansion of the Company's business, the Company and its controlled subsidiaries intend to apply for credit lines with a total limit of no more than RMB 3.7 billion or its equivalent in foreign currency from banks and non-banking financial institutions.

**II. Basic Information on the New Credit Line**

For 2025, the Company and its controlled subsidiaries intend to apply for comprehensive credit lines with a total limit of no more than RMB 3.7 billion or its equivalent in foreign currency from domestic banks and non-banking financial institutions. The specific details of the credit lines to be applied for are as follows:

| Serial Number | Bank or Non-Banking Financial Institution | Credit Line to be Applied for (RMB) |
| --- | --- | --- |
| 1 | The Export-Import Bank of China | No more than RMB 300 million or its equivalent in foreign currency |
| 2 | China CITIC Bank Corporation Limited | No more than RMB 600 million or its equivalent in foreign currency |
| 3 | Agricultural Bank of China Limited | No more than RMB 200 million or its equivalent in foreign currency |
| 4 | China Everbright Bank Co., Ltd. | No more than RMB 300 million or its equivalent in foreign currency |
| 5 | Bank of China Limited | No more than RMB 200 million or its equivalent in foreign currency |

logo:] Hytera ™
Meet the needs and do all what we can

| 6 | Industrial and Commercial Bank of China Limited | No more than RMB 300 million or its equivalent in foreign currency |
|---|---|---|
| 7 | China Minsheng Banking Corporation Limited | No more than RMB 200 million or its equivalent in foreign currency |
| 8 | Shanghai Pudong Development Bank Co., Ltd. | No more than RMB 400 million or its equivalent in foreign currency |
| 9 | China Zheshang Bank Co., Ltd. | No more than RMB 500 million or its equivalent in foreign currency |
| 10 | Shenzhen Credit Guarantee Group Co., Ltd. and its subsidiaries | No more than RMB 200 million or its equivalent in foreign currency |
| 11 | Shenzhen HTI Group Co., Ltd. and its subsidiaries | No more than RMB 200 million or its equivalent in foreign currency |
| 12 | Bank of Zhengzhou Co., Ltd. | No more than RMB 50 million or its equivalent in foreign currency |
| 13 | Industrial Bank Co., Ltd. | No more than RMB 50 million or its equivalent in foreign currency |
| 14 | China Merchants Bank Co., Ltd. | No more than RMB 50 million or its equivalent in foreign currency |
| 15 | China Guangfa Bank Co., Ltd. | No more than RMB 50 million or its equivalent in foreign currency |
| 16 | Shenzhen Rural Commercial Bank Co., Ltd. | No more than RMB 50 million or its equivalent in foreign currency |
| 17 | Bank of Communications Co., Ltd. | No more than RMB 50 million or its equivalent in foreign currency |
| **Total** | | **No more than RMB 3.7 billion or its equivalent in foreign currency** |

The aforementioned credit line types include, but are not limited to, working capital loans (including but not limited to entrusted loans), banker's acceptances, letters of credit, documentary advances, letters of guarantee, trade financing, and export credit. The final credit lines will be subject to the actual credit lines that will be approved by the granting banks and non-banking financial institutions. The specific financing amounts will be determined based on the Company's actual operating capital needs, and no separate board resolutions will be issued for each transaction. The authorization period for the Company to apply for these credit lines from banks and non-banking financial institutions is one year from the date of approval by the shareholders' meeting.

The Company has proposed to authorize Chairperson Chen Qingzhou to sign all credit documents within the aforementioned credit lines on behalf of the Company. All legal and financial liabilities arising therefrom shall be borne entirely by the Company.

**III. Documents for Reference**

1. Resolution of the 18th Meeting of the Fifth Board of Directors.

This announcement is hereby made.

Board of Directors of Hytera Communications Corporation Limited
April 28, 2025

7 L( - $'(



City of New York, State of New York, County of New York

I, Jacqueline Yorke, hereby certify that the document "海能达：关于**2025**年度公司向银行及非银金融机构申请授信额度的公告" is, to the best of my knowledge and belief, a true and accurate translation from Chinese into English.

Jacqueline Yorke

Sworn to before me this
October 7, 2025

Signature, Notary Public

WENDY POON
Notary Public - State of New York
No. 01PO0000184
Qualified in Queens County
My Commission Expires February 02, 20 **27**

Stamp, Notary Public

LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS
1250 BROADWAY, 32ND FLOOR, NEW YORK, NY 10001 | T 212.400.8840 | F 212.689.1059 | WWW.TRANSPERFECT.COM
OFFICES IN 90 CITIES WORLDWIDE

7 L ( - $')

# Exhibit 10

**Hytera** 海能达

# 海能达通信股份有限公司
# 2025年半年度报告

2025年8月

**INNOVATE** for a Safer World

创 新 融 合  构 建 安 全 世 界

**Hytera** Hytera

# Hytera Communications Co. , Ltd
# 2025 Semi-Annual Report

August 2025



**Innovate    for a Safer World**

7 L ( , $ "&$-

generation intelligent command and dispatch system, secure private network, and diverse information equipment, Hytera delivers end-to-end voice, data, and video services for public safety, government emergency response, transportation, energy, and commercial sectors. By addressing industry pain points and focusing on scenario-specific needs, the Company enhances R&D capabilities and operational efficiency. Through its global sales network, Hytera provides comprehensive product solutions to create more efficient and secure communication environments, driving business transformation and safety improvements worldwide.

Place of registration: Hytera Building, No. 9108 North Ring Road, North District, High-tech Zone, Nanshan District, Shenzhen City

Headquarters address: Hytera Building, No. 9108 North Ring Road, North District, High-tech Zone, Nanshan District, Shenzhen City

These financial statements and notes to the financial statements have been approved by the 20th meeting of the 5th Board of Directors of the Company on August 13, 2025.

## IV. Basis for preparation of financial statements

### 1. Basics of preparation

These financial statements are prepared in accordance with the Accounting Standards for Business Enterprises and their application guidelines, interpretations and other relevant regulations issued by the Ministry of Finance (collectively, the Accounting Standards for Business Enterprises). In addition, the Company also discloses relevant financial information in accordance with the China Securities Regulatory Commission's Information Disclosure and Preparation Rules for Companies that Offer Securities to the Public No. 15 - General Provisions on Financial Reports (revised in 2022).

These financial statements are presented on a going concern basis.

The Company's accounting is based on the accrual basis. Except for certain financial instruments, these financial statements are measured on the basis of historical cost. If an asset is impaired, corresponding impairment provisions will be made in accordance with relevant regulations.

### 2. Continued operations

According to the company's assessment, within 12 months from the end of this reporting period, the company's ability to continue operating is good, and there are no factors that would cause significant doubts about the company's ability to continue operating.

## V. Important accounting policies and accounting estimates

Specific accounting policies and accounting estimation suggestions:

The Company and its subsidiaries are mainly engaged in the wireless communications industry. The Company and its subsidiaries have formulated a number of specific accounting policies and accounting estimates based on the actual production and operation characteristics and in accordance with the relevant accounting standards for enterprises. Please refer to the descriptions in this note for details. For an explanation of the significant accounting judgments and estimates made by management, please refer to Note V. 43 Changes in Important Accounting Policies and Accounting Estimates.

7 L( , $"&· *



City of New York, State of New York, County of New York

I, Jacqueline Yorke, hereby certify that the document "**Hytera 2025 Semi-Annual Financial Report_Chinese**" is, to the best of my knowledge and belief, a true and accurate translation from Chinese into English.

Jacqueline Yorke

Sworn to before me this
October 2, 2025

Signature, Notary Public

WENDY POON
Notary Public - State of New York
No. 01PO0000184
Qualified in Queens County
My Commission Expires February 02, 20 **27**

Stamp, Notary Public

LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS
1250 BROADWAY, 32ND FLOOR, NEW YORK, NY 10001 | T 212.400.8840 | F 212.689.1059 | WWW.TRANSPERFECT.COM
OFFICES IN 90 CITIES WORLDWIDE